**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JORDAN MALONE,<br><br>Defendant. | CASE NO. 2:26-cr-4-1 |

**ORDER**

This matter is before the Court on the parties' Joint Status Report and request for additional time. Doc. 64. In that Report, the parties state that all pretrial motions as to Defendant Jordan Malone, have been satisfied or otherwise resolved. The parties are seeking additional time from October 27, 2026 (the date of the parties' Joint Status Report) to continue to engage in discussions of a potential resolution. The parties state that they intend to file a notice of plea agreement within thirty days. After careful consideration and for good cause shown, the Court **GRANTS** the parties' request for additional time.

The Court finds, as a matter of fact and law, the extension is not for the purpose of delay but in the furtherance of justice and to protect Defendant's right to a fair trial. The Court also finds the extension is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for the effective preparation of

defense counsel to continue good-faith negotiations of a resolution to this case. Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding the ends of justice will be served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial, the Court grants this additional time for the parties to continue plea negotiations. The period of delay resulting from this extension—October 27, 2026 through and including November 27, 2026 —is excluded in computing the time within which the trial of this matter may commence.

The parties are **ORDERED** to file an updated Joint Status Report with the Court on or before November 27, 2026.

**SO ORDERED**, this 28th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA